Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
*Attorneys for Defendant Red Violet, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                                                     Plaintiffs,<br><br>v.<br><br>RED VIOLET, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>                                                     Defendants. | (Electronically Filed)<br><br><br><br><br><br><br><br>CIVIL ACTION<br><br><br><br>Civil Action No. _____ |

**DECLARATION OF ANGELO A. STIO III**

I, Angelo A. Stio III, Esq. declare as follows:

1.      I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2.      I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which

-2-

is representing Defendant Red Violet, Inc. ("Red Violet") in the above-captioned matter.

3. Attached as **Exhibit 1** is a true and accurate copy of Atlas' Daniel's Law Service Terms, which are referenced in the Notice of Motion and being filed under seal.

4. Attached as **Exhibit 2** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

5. Attached as **Exhibit 3** is a true and accurate copy of the webpage for Police Department of Franklin Township, New Jersey, which lists Plaintiff Pat Colligan as a current Police Detective.

6. Red Violet is a Delaware Corporation with its principal place of business located in Boca Raton, Florida.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2024

                                                s/Anglo A. Stio III
                                                Angelo A. Stio III