Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6277
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Red Violet, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. <br><br> Plaintiffs, <br><br> v. <br><br> RED VIOLET, INC., et al., <br><br><br> Defendants. | (Electronically Filed) <br><br><br> Civil Action No. 3:24-cv-04113-MAS-TJB <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant Red Violet, Inc. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:    /s/ Melissa A. Chuderewicz _____
       Melissa A. Chuderewicz
       301 Carnegie Center, Suite 400
       Princeton, NJ 08540-6227
       (609) 951-4118
       melissa.chuderewicz@troutman.com

       *Attorneys for Defendant Red Violet, Inc.*

Dated:  March 27, 2024