Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227



troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 10, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Atlas Data Privacy Corp., et al v. Red Violet, Inc. et al.*
        Civil Action No. 1:24-cv-4113

Dear Judge Bartle:

This firm represents Defendant Red Violet, Inc. ("Defendant") in the above-referenced matter.  Defendant seeks to have Ronald I. Raether, Esq. admitted *pro hac vice*.  Enclosed is the supporting declaration of Mr. Raether setting forth his qualifications, together with my declaration in support of his application and the Proposed Order granting pro hac vice admission.

The parties have consented to this application.  We respectfully request the entry of the enclosed proposed order.

Thank you for the Court's consideration of this request.

                                                                    Respectfully submitted,


                                                                    /s/ Angelo A. Stio, III
                                                                    Angelo A. Stio, III

cc:    Ronald I. Raether, Esq.
        Rajiv D. Parikh, Esq.
        Mark Mao, Esq.
        John Yanchunis, Esq.

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia Donahue, Partner-in-Charge, Princeton Office