Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant Red Violet, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | Civil Action No. 1:24-cv-04113-HB |
| Plaintiffs, | |
| v. | |
| RED VIOLET, INC., et al., | |
| Defendants. | |

## REQUEST BY LOCAL COUNSEL FOR
## *PRO HAC VICE* ATTORNEY TO
## RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 15, 2024 (Document Number 16); and

2.  The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Angelo A. Stio
Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:       Ronald I. Raether, Esq.
Address:    Troutman Pepper Hamilton Sanders LLP
            5 Park Plaza
            Suite 1400
            Irvine, CA  92614
Phone:      (213) 928-9800
E-Mail:     ron.raether@troutman.com