UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                **DATE OF PROCEEDINGS: 05/7/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell      **DOCKET #**   CV 24-4113 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
           v.
RED VIOLET, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time commenced:   2:42 PM                    Time Adjourned: 2:44 PM

Total:  2 minutes


                                                            s/ *David Bruey*
                                                            **DEPUTY CLERK**