## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Camden, NJ


ATLAS DATA PRIVACY CORPORATION,
et al.

             Plaintiff,

v.

             Case No.: 1:24–cv–04113–HB
             Judge Harvey Bartle (EDPA), III

RED VIOLET, INC., et al.

             Defendant.


Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728–1266

State No: MON L 482 24


**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


           Very truly yours,

           CLERK OF COURT
           By Deputy Clerk, lm


encl.
cc: All Counsel